# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| RALPH ANTHONY KNOX, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:10CV1321 RWS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Movant has filed a "Request for Certificate of Acknowledgment and Statement of Rights." The request is legally frivolous. Moreover, movant has filed several frivolous pleadings with the Court since this action was fully adjudicated. These filings have wasted the Court's resources. As a result, the Court will order the Clerk to return without docketing any further documents filed by movant in this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall **STRIKE** movant's "Request for Certificate of Acknowledgment and Statement of Rights."

**IT IS FURTHER ORDERED** that the Clerk shall return to movant any documents or motions bearing the above case caption, except for a notice of appeal or any appellate documents.

Dated this 12th day of April, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE