# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RALPH ANTHONY KNOX, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:10CV1321 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Movant has filed a document titled "notice of appeal/reinstate appeal." Movant previously filed an appeal from this Court's final judgment in this action. The appeal was construed as an application for a certificate of appealability and denied. The Eighth Circuit Court of Appeals issued is mandate on February 17, 2012. Movant has filed several frivolous motions since then, wasting this Court's resources. Movant claims to have a petition for writ of certiorari pending with the United States Supreme Court. Movant now seeks an order reinstating his previous appeal.

There is no basis in the Federal Rules of Appellate Procedure or in Title 28 of the United States Code for granting the requested relief.

Accordingly,

**IT IS HEREBY ORDERED** that movant's "notice of appeal/reinstate appeal" is **DENIED**.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk shall forward a copy of this Order to the Eighth Circuit Court of Appeals.

Dated this 17th day of May, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE